MÉNDEZ & Co., demandante y apelada, *v.* JOSÉ PARÉS CABALLERO Y GUILLERMO ALICEA, demandados y apelantes.

No. 5766.—*Sometido:* Junio 9, 1932.  *Resuelto:* Junio 15, 1932.

*R. Padró Parés,* abogado de los apelantes; *Molina, Dubón & Ochoteco,* abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

La corte de distrito desestimó un recurso de apelación interpuesto para ante ella de una corte municipal, fundándose en la teoría de que la transcripción no había sido archivada dentro del período estatutario.  Antes de expirar dicho período se radicó una moción de prórroga.  Después de expirado el aludido término se concedió la prórroga.  La orden concediendo la prórroga se retrotraía a la fecha de la moción. *Soriano* v. *Rexach,* 21 D.P.R. 433.

*Blondet* v. *Flores,* 35 D.P.R. 214, citado por la corte de distrito, no es aplicable.

*La resolución apelada debe ser revocada.*